# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN G., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-CV-1250-JSD |
| | ) | |
| FRANK BISIGNANO,[1] | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant's Motion to Reverse and Remand with Suggestions in Support (ECF No. 22). The Commissioner requests the Court reverse the decision of the Social Security Administration and remand this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

After careful review of the matter, the Court will grant the Motion to Reverse and Remand the Commissioner's decision in this matter. The Court orders that this case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly,

**IT IS HEREBY ORDERED** that the Defendant's Motion to Reverse and Remand with Suggestions in Support (ECF No. 22) is **GRANTED**.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED**.

---

[1] Frank Bisignano is now the Commissioner of Social Security. He is automatically substituted as the defendant in this action pursuant to Fed. R. Civ. P. 25(d).

**IT IS FURTHER ORDERED** that the Clerk shall reflect on the docket that Frank Bisignano, Commissioner of Social Security, is the proper defendant pursuant to Fed. R. Civ. P. 25(d).

**IT IS FINALLY ORDERED** that pursuant to sentence four of 42 U.S.C. § 405(g), this case is **REMANDED** to the Commissioner for further proceedings.

An appropriate judgment of remand will accompany this order.

Dated this 29th day of May, 2025.

_____
JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE